# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. DUARTE,<br><br>    Plaintiff,<br><br>  v.<br><br>ENEMOH, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01213-DAD-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF PAYMENT OF FILING FEE (Document 14)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON CSATF TRUST ACCOUNT OFFICE |

Plaintiff Patrick F. Duarte ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's December 23, 2015, First Amended Complaint is awaiting screening.

Plaintiff filed this action and was granted in forma pauperis status.

On January 21, 2016, Plaintiff filed a letter with the Court indicating that on December 14, 2015, an individual paid the remainder of the filing fee on his behalf. He states that since that date, CSATF has transferred $74.47 to the Court, resulting in an overpayment. Plaintiff asks that this amount be refunded, and that CSATF be notified that the filing fee has been paid in full.

The Court has confirmed that the filing fee has been paid in full. Therefore, any deduction for a filing fee in this action after December 14, 2015, is erroneous. To the extent that Plaintiff's

///

///

1

trust account has been deducted for a filing fee in this action after the amount was paid in full, the trust account office is directed to return said funds and remove any filing fee attached to this case.[1]

      The Clerk of Court is DIRECTED to serve a copy of this order on the prison trust account office at CSATF.

IT IS SO ORDERED.

    Dated:   **January 26, 2016**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Records indicate an overpayment in the amount of $60.35.

2